```
LMN/LM:AAS
F.#2010R00296/OCDETF#NYNYE-628
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | S U P E R S E D I N G<br>I N D I C T M E N T |
| - against - | Cr. No. <u>10-296 (ERK)(S-1)</u> |
| JAMES HOPPER,<br>    also known as "Bill," and<br> | (T. 21, U.S.C., §§<br>841(a)(1), 841(b)(1)(B)(i),<br>846, 853(a) and 853(p);<br>T. 18, U.S.C., §§ 2 and<br>3551 <u>et seq</u>.) |
|                   Defendants. | |

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Distribute Heroin)

1.   On or about and between December 1, 2009 and February 15, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JAMES HOPPER, also known as "Bill," ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved 100 grams or more of a substance containing heroin, a

Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(B)(i); Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO
(Distribution and Possession With Intent to Distribute Heroin)

2. On or about and between December 1, 2009 and February 15, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JAMES HOPPER, also known as "Bill," ███████ ███████████████████████████████████ ███████████████████████████████ together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved 100 grams or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); Title 18, United States Code, Sections 2 and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION FOR COUNTS ONE AND TWO

2. The United States hereby gives notice to the defendants that, upon conviction of the offenses charged in Counts One and Two, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853, which

requires any person convicted of such offenses to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA L. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK