

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AAS
F.#2010R02096

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 23, 2010

**By Mail**

TO: Attached Counsel List

    Re:  United States v. James Hopper, <u>et al</u>.
          <u>Criminal Docket No. 10-296 (ERK)</u>

Dear Counsel:

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery with respect to the above-captioned case. Enclosed are two compact discs, one containing audio recordings of telephone conversations of the defendant Naum Jaen Rubio, the other containing text messages to and from the defendant Naum Jaen Rubio. Additionally, the government is in possession of one silver Boost cellular phone seized from Rubio at the time of his arrest. The government also renews its request for reciprocal discovery.

       If you have any questions or further requests, please do not hesitate to contact me.

       Very truly yours,

       LORETTA E. LYNCH
       United States Attorney
       Eastern District of New York

By:    /s/
       Alexander A. Solomon
       Assistant U.S. Attorney
       (718) 254-6074

Enclosures

cc: Clerk of Court (ERK) (without enclosures)